# IN THE SUPREME COURT OF THE STATE OF NEVADA

STANLEY EARNEST RIMER,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 69510

**FILED**

APR 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the district court to reverse a decision to deny a motion to proceed in forma pauperis, a motion to file an oversized postconviction brief, and a motion to extend the prison copy limit. We have considered the documents submitted in this matter, and we decline to exercise our original jurisdiction.[1] *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

---

[1]We note that while there is no page limit established by statute for a postconviction petition for a writ of habeas corpus, *see* NRS 34.735, permission to file supplemental pleadings is discretionary, *see* NRS 34.750(5). A person seeking habeas relief need not attach copies of documents already part of the record to the petition. *See* NRS 34.735.

[2]We received a number of pro se motions and documents, and we deny the relief requested.

cc: Hon. Douglas Herndon, District Judge
Stanley Earnest Rimer
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A